Lillian Langley, Respondent, v. The Venco Corporation and Others, Appellants.— Order denying motion to require plaintiff separately to state and number her causes of action and to dismiss complaint as to defendants Naphen & Co., Incorporated, and George F. Naphen, affirmed, with ten dollars costs and

---

* Appeal dismissed, 254 N. Y. 15.

disbursements, with leave to defendants to answer within twenty days from service of a copy of the order herein upon payment of such costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.